UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| ROBERT A. MATTESON, | ) | |
| --- | --- | --- |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 4:06CV1605 CDP |
| | ) | |
| MICHAEL BOWERSOX, | ) | |
| | ) | |
| Respondent. | ) | |

## **JUDGMENT**

In accordance with the Memorandum and Order issued today,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the petition of Robert Matteson for writ of habeas corpus is denied.

**IT IS FURTHER ORDERED** that no certificate of appealability will issue.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 26th day of June, 2007.